AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Board of Trustees of the Pipe Fitters' Retirement Fund, Local 597 et al.,

V.

George's & Sons, Inc., an Illinois Corporation

CASE NUMBER: **08CV2186**

ASSIGNED JUDGE: **JUDGE GOTTSCHALL**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE DENLOW**

TO: (Name and address of Defendant)

George's & Sons, Inc.
c/o Alan H. Shifrin
3315 Algonquin Road, Suite 202
Rolling Meadows, IL 60008

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph E. Mallon
Johnson & Krol, LLC
208 South LaSalle Street, Suite 1602
Chicago, IL 60604
(312) 372-8587

an answer to the complaint which is herewith served upon you, within ____21____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*Anya Ellis* (signature)

(By) DEPUTY CLERK

April 17, 2008

Date



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BOARD OF TRUSTEES OF THE PIPE FITTERS' RETIREMENT FUND, LOCAL 597 et al**<br><br>PLAINTIFF(S)<br><br>vs.<br><br>**GEORGE'S & SONS, INC.**<br><br>DEFENDANT(S) | COURT DATE:<br><br>Case No.<br>**08 CV 2186**<br><br>SERVICE DOCUMENTS:<br>**SUMMONS & COMPLAINT** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Apr 17, 2008,** at **2:30 PM**, I served the above described documents upon **GEORGE'S & SONS, INC.** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **ALAN SHIFRIN / REGISTERED AGENT**, an officer, managing agent or authorized agent of the within named company**.**

Said service was effected at **3315 ALGONQUIN RD., STE 202, ROLLING MEADOWS, IL 60008.**

**DESCRIPTION:**   Gender: **M**   Race: **WHITE**   Age: **54**   Hgt: **5'9"**   Wgt: **160**   Hair: **BALD**   Glasses: **YES**

I declare under penalties of perjury that the information contained herein is true and correct.

*[signature]*

**Ryan Flaska**, **Lic #: 117-001119**
**Judicial Attorney Services, Inc.**
**2100 Manchester Rd., Ste 900**
**Wheaton, IL 60187**
**(630) 221-9007**

SUBSCRIBED AND SWORN to before me this 17th day of April, 2008

*[signature] Joan C. Harenberg*

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

NOTARY PUBLIC

CLIENT NAME:            ORIGINAL PROOF OF SERVICE            TRACKING #
**Johnson & Krol, LLC***                                                         **38045**
FILE #: