IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES of the PIPE FITTERS RETIREMENT FUND, LOCAL 597; ) ) | |
| BOARD OF TRUSTEES of the PIPE FITTERS WELFARE FUND, LOCAL 597; ) ) | CIVIL ACTION |
| BOARD OF TRUSTEES of the PIPE FITTERS TRAINING FUND, LOCAL 597; the ) ) | NO.:   08 C 2186 |
| BOARD OF TRUSTEES of the CHICAGO AREA MECHANICAL CONTRACTING INDUSTRY IMPROVEMENT TRUST; and ) ) ) | JUDGE:  GOTTSCHALL |
| THE PIPE FITTERS' ASSOCIATION, LOCAL 597 U.A. ) ) ) | |
| Plaintiffs, ) ) | MAGISTRATE JUDGE:  DENLOW |
| vs. ) ) | |
| GEORGE'S & SONS, INC., an Illinois Corporation ) ) ) | |
| Defendant. ) | |

## NOTICE OF MOTION

TO:   George's & Sons, Inc.,            Alan H. Shifrin
      c/o George N. Romita              Alan H. Shifrin & Associates, LLC
      8412 G. Wilmette. Ave.            3315 Algonquin Road, Suite 202
      Darien, IL 60561                  Rolling Meadows, IL 60008

PLEASE TAKE NOTICE that on **Thursday May 29, 2008,** I shall appear before the **Honorable Judge Gottschall** at approximately **9:30 a.m. in Courtroom 2325**, or any Judge sitting in her stead at the Everett McKinley Dirksen Building located at 219 South Dearborn Street, Chicago, Illinois, where I shall then and there present the attached **Plaintiffs' Motion for Default Judgment.**

Respectfully Submitted,

By: /s/  Joseph E. Mallon - 6280529
One of Plaintiffs' Attorneys

Johnson & Krol, LLC
208 South LaSalle Street, Suite 1602
Chicago, IL 60604
(312) 372-8587

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that he served a copy of the above Notice of Motion via e-mail to all parties by operation of the Court's electronic CM/ECF filing system or by regular U.S. Mail to anyone unable to accept electronic filing and a courtesy copy was hand delivered to the Court as indicated on the Notice of Electronic Filing.

                                                    /s/ Joseph E. Mallon - 6280529
                                                  One of Plaintiffs' Attorneys