UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Board of Trustees of the Pipe Fitters Retirement Fund, Local 597, et al.

Plaintiff,

v.

Case No.: 1:08−cv−02186

Honorable Joan B. Gottschall

George's & Sons, Inc.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 27, 2008:

MINUTE entry before the Honorable Joan B. Gottschall: MOTION by Plaintiffs Board of Trustees of the Pipe Fitters Retirement Fund, Local 597, Board of Trustees of the Pipe Fitters Welfare Fund, Local 597, Board of Trustees of the Pipe Fitters Training Fund, Local 597, Board of Trustees of the Chicago Area Mechanical Contracting Industry Improvement Trust, The Pipe Fitters' Association, Local 597 U.A. for default judgment as to Defendant George's & Sons, Inc. (Attachments: # 1 Exhibit Affidavit of Service, # 2 Exhibit Letter to Attorney, # 3 Text of Proposed Order)[10] is continued to 6/12/2008 at 9:30 am. at the request of the parties.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.