# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2186 | **DATE** | 6/12/2008 |
| **CASE TITLE** | Board of Trstees PipeFitters Local 597, et al vs. George's & Sons, Inc. | | |

**DOCKET ENTRY TEXT**

Hearing on motion held on 6/12/2008. Plaintiffs' Motion for Default [10] is granted. Default is entered against defendant, George's & Sons, Inc. Enter Default Order.

■ [ For further detail see separate order(s).]

00:03

| | Courtroom Deputy Initials: | SB |
|---|---|---|