IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES of the PIPE FITTERS RETIREMENT FUND, LOCAL 597; BOARD OF TRUSTEES of the PIPE FITTERS WELFARE FUND, LOCAL 597; BOARD OF TRUSTEES of the PIPE FITTERS TRAINING FUND, LOCAL 597; the BOARD OF TRUSTEES of the CHICAGO AREA MECHANICAL CONTRACTING INDUSTRY IMPROVEMENT TRUST; and THE PIPE FITTERS' ASSOCIATION, LOCAL 597 U.A.<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>GEORGE'S & SONS, INC., an Illinois Corporation<br><br>　　　　　Defendant. | CIVIL ACTION<br><br>NO.: 08 C 2186<br><br>JUDGE: GOTTSCHALL<br><br>MAGISTRATE JUDGE: DENLOW |

**DEFAULT ORDER**

Default Judgment is hereby entered in favor of Plaintiffs and against Defendant GEORGE'S & SONS, INC., ("GEORGE'S") as follows:

1. Default Judgment is entered in favor of Plaintiffs and against Defendant GEORGE'S;

2. Defendant, GEORGE'S, through its president George N. Romita, is ordered to provide access to its books and records for all of its employees for the period of January 1, 2001 through December 31, 2007 within three (3) days of the date of this Order, so that the audit can be completed;

3. Defendant, GEORGE'S is ordered to pay all contribution deficiencies that are shown to be owing after the completion of the audit;

4. Defendant, GEORGES is ordered to pay interest on the amount that is shown to be due

and owing from the audit pursuant to 29 U.S.C. § 1132(g)(2)(B), the Trust Agreements, and the Collective Bargaining Agreement;

5. Defendant, GEORGE'S is ordered to pay all liquidated damages on the amount that is determined to be due and owing from the audit pursuant to 29 U.S.C. § 1132(g)(2)(C), the Trust Agreements, and the Collective Bargaining Agreements;

6. Defendant, GEORGE'S is ordered to pay Plaintiffs' reasonable auditor fees, attorney's fees, and all costs incurred by the Plaintiffs in bringing this suit pursuant to 29 U.S.C. § 1132 (g)(2)(D), the Trust Agreements, and the Collective Bargaining Agreement.

ORDERED BY:

_____
HONORABLE JUDGE GOTTSCHALL

Dated: 6-12-08