UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Board of Trustees of the Pipe Fitters Retirement Fund,
Local 597, et al.
                                                    Plaintiff,
v.                                                  Case No.: 1:08−cv−02186
                                                    Honorable Joan B. Gottschall

George's & Sons, Inc.
                                                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 23, 2008:

    MINUTE entry before the Honorable Joan B. Gottschall:Status hearing held on 7/23/2008. ( Status hearing set for 9/24/2008 at 09:30 AM.) Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.